1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| ALONZO SMITH, an individual, on behalf of himself and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CLEAN HARBORS ENVIRONMENTAL SERVICES, INC., a Corporation; and Does 1 through 50, Inclusive,<br><br>Defendants. | Case No. 2:21-cv-00585-TLN-AC<br><br>Assigned to the<br>Honorable Troy L. Nunley<br><br>ORDER GRANTING JOINT STIPULATION TO CONTINUE TRIAL DATES AND DEADLINES DUE TO SCHEDULED PRIVATE MEDIATION<br><br>[Fed. R. Civ. P. 15(a)(2)] |

The Court, having considered the Parties' Joint Stipulation to Continue Trial Dates and Deadlines due to a Scheduled Private Mediation, and for cause, hereby orders as follows:

1. The deadline to complete discovery, excluding discovery with respect to expert witnesses, is continued from November 24, 2021 to July 25, 2022, or a date thereafter convenient to the Court.
2. The deadline to designate expert witnesses is continued from January 21, 2022 to October 21, 2022, or a date thereafter convenient to the Court.
3. The deadline to disclose supplemental expert witnesses is continued from February 18, 2022 to November 18, 2022, or a date thereafter convenient to the Court.
4. The deadline to file dispositive motions is continued from May 23, 2022 to February 23, 2023, or a date thereafter convenient to the Court.
5. The deadline to file a Joint-Trial Readiness Brief is continued from June 3, 2022 to March 6, 2023, or a date thereafter convenient to the Court.

IT IS SO ORDERED this 17th day of November, 2021.

_____
Troy L. Nunley
United States District Judge