Norman B. Blumenthal (State Bar No. 068687)
Kyle R. Nordrehaug (State Bar No. 205975)
Aparajit Bhowmik (State Bar No. 248066)
Piya Mukherjee (State Bar No. 274217)
Charlotte E. James (State Bar No. 308441)
Blumenthal Nordrehaug Bhowmik De Blouw LLP
2255 Calle Clara
La Jolla, California 92037
Tel: (858) 551-1223
Fax: (858) 551-1232
norm@bamlawca.com
kyle@bamlawca.com
aj@bamlawca.com
piya@bamlawca.com
charlotte@bamlawca.com

Attorneys for Plaintiff and the Putative Class

(*Additional counsel listed on next page*)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ALONZO SMITH, an individual, on behalf of himself and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CLEAN HARBORS ENVIRONMENTAL SERVICES, INC., a Corporation; and Does 1 through 50, Inclusive,<br><br>Defendants. | Case No. 2:21-cv-00585-TLN-AC<br><br>Assigned to the Honorable Troy L. Nunley<br><br>**JOINT STIPULATION TO REMAND ACTION TO STATE COURT; ORDER**<br><br>(*Superior Court of California, County of Sacramento, Case No. 34-2021-00292526*) |

Michael J. Nader, CA Bar No. 200425
michael.nader@ogletree.com
Paul M. Smith, CA Bar No. 306644
paul.smith@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
500 Capitol Mall, Suite 2500
Sacramento, CA 95814
Tel.: 916-840-3150 / Fax: 916-840-3159

Nicole A. Naleway CA Bar No. 300701
nicole.naleway@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Park Tower, Suite 1500
695 Town Center Drive
Costa Mesa, CA 92626
Tel.: 714.800.7900 / Fax: 714.754.1298

Attorneys for Defendants

THIS STIPULATION is hereby entered into by and between Alonzo Smith ("Plaintiff") and Defendant Clean Harbors Environmental Services, Inc. ("Defendant") (collectively the "Parties") as follows:

WHEREAS, Plaintiff filed a class action complaint on January 14, 2021 in the Superior Court of California, County of Sacramento, Case No. 34-2021-00292526;

WHEREAS, Defendant removed this action to the United States District Court, Eastern District of California on March 29, 2021;

WHEREAS, the Parties attended mediation on February 2, 2022 and successfully reached a resolution;

WHEREAS, on or about April 12, 2022, the Parties executed a Memorandum of Understanding, which solidified the key terms of the Parties' settlement;

WHEREAS, the agreed-upon settlement amount being less than $5 million.;

WHEREAS, the Parties have conferred and agreed that a stipulation to remand this matter back to the Superior Court of California, County of Sacramento for the sole purpose of approving the settlement is appropriate;

WHEREAS, Defendant reserves its right to remove the class action back to Federal Court if the settlement is not approved, and Plaintiff reserves the right to file a motion to remand, which Defendant may oppose.

NOW, THEREFORE, to facilitate and administer the settlement, the Parties hereby stipulate and agree as follows:

IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel of record, that this matter be remanded back to the Superior Court of California, County of Sacramento for the sole purpose of approving the settlement. If the settlement is not approved, Defendant reserves the right to remove the class action back to Federal Court, and Plaintiff reserves the right to file a motion to remand, which Defendant may oppose.

**IT IS SO STIPULATED.**

(Signatures appear on next page.)

Dated: June 23, 2022

BLUMENTHAL NORDREHAUG
BHOWMIK DE BLOUW LLP

By: */s/ Piya Mukherjee*

Kyle R. Nordrehaug
Piya Mukherjee
Attorneys for Plaintiff

Dated: June 23, 2022

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

By: */s/ Michael J. Nader*

Michael J. Nader
Attorneys for Defendant

**IT IS SO ORDERED.**

Dated: June 23, 2022

Troy L. Nunley
United States District Judge